**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**EAU CLAIRE DIVISION**

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>**CHARLES BOWERS**, an individual, **DONNA K'S BAR AND FAMILY DINER LLC,** a Wisconsin company, and **LOST AT DK LLC**, a Wisconsin company.<br><br>Respondents. | Civil Action No.: 3:18-cv-00949 |

**SECRETARY OF LABOR'S PETITION TO ENFORCE**
**ADMINISTRATIVE SUBPOENAS *DUCES TECUM***

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
EAU CLAIRE DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHARLES BOWERS, an individual, DONNA K'S BAR AND FAMILY DINER LLC, a Wisconsin company, and LOST AT DK LLC, a Wisconsin company.<br><br>　　　　Respondents. | Civil Action No.: |

### DECLARATION OF WAGE AND HOUR INVESTIGATOR TARA PEHLKE IN SUPPORT OF THE SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS *DUCES TECUM*

TARA PEHLKE hereby states and declares on personal information and belief as follows:

1. I am an investigator for the Tampa District Office of the United States Department of Labor, Wage and Hour Division ("WHD"). I previously worked as a WHD investigator for the Milwaukee Area Office. As part of my duties as an investigator, I conduct and assist in investigations to ascertain compliance with the Fair Labor Standards Act ("FLSA").

2. On March 29, 2018, I personally handed Mr. Charles Bowers a subpoena addressed to him at 3514 Blarney Road, Warrens, Wisconsin 54666, seeking records relating to Donna K's Bar and Family Diner LLC. A copy of that subpoena, subpoena attachment, and return of service sheet are attached hereto as Exhibit A-1.

3. On March 29, 2018, I personally handed to Mr. Charles Bowers a subpoena addressed to Donna K's Bar and Family Diner LLC at 3514 Blarney Road, Warrens, Wisconsin

1

Scanned with CamScanner

54666. A copy of that subpoena, subpoena attachment, and return of service sheet are attached hereto as Exhibit A-2.

     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/7/2018

*Tara Pehlke*
**TARA PEHLKE**

2

Scanned with CamScanner